REUBIN v. ERIE R. CO. (Circuit Court of Appeals, Sixth Circuit. February 16, 1917.) No. 2918. In Error to the District Court of the United States for the Northern District of Ohio; John H. Clarke, Judge. Payer,

Winch & Rogers, of Cleveland, Ohio, for plaintiff in error. Cushing, Siddall & Lamb, of Cleveland, Ohio, for defendant in error. Order dismissing writ of error pursuant to motion filed.